IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES DOUGLAS BROOKS, #198844, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:03-cv-979-F |
| ) | |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on September 21, 2005(Doc. #35), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that the petition for writ of habeas corpus filed on May 8, 2003 is DENIED for the petitioner's failure to file his petition within the one year period of limitation set forth in 28 U.S.C. § 2244(d)(1) and this case is DISMISSED with prejudice.

DONE this 19th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE